# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **DARRIN GRUENBERG,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | **08-cv-524-bbc** |
| **WILLIAM POLLARD, Warden,** **Green Bay Correctional Institution,** | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Darrin Gruenberg for a writ of habeas corpus is DISMISSED WITH PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**JOEL W. TURNER**
_____
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**
**by Deputy Clerk**

10/22/08
_____
Date