IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRIN GRUENBERG,

                Petitioner,                              ORDER

      v.                                                        08-cv-0524-slc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

                Respondent.

---

      On October 22, 2008, this court issued an order dismissing Darrin Gruenberg's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 9. In a letter filed on October 29, 2008, petitioner asked whether this court has anything available on how to file a notice of appeal in the Court of Appeals for the Seventh Circuit. Dkt. 11.

      Under 28 U.S.C. § 2253(c)(1), a petitioner may not appeal the final order in a habeas corpus proceeding unless either this court or a circuit court justice issues a certificate of appealability. To proceed with an appeal, petitioner must file a notice of appeal, a request for a certificate of appealability and if relevant, a request to proceed *in forma pauperis* on appeal. Attached to this order are blank copies of a notice of appeal form and an application for a request to proceed *in forma pauperis* on appeal. There is no standard form for a request for a certificate of appealability. However, a certificate shall issue "only if the applicant has made a

1

substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  In order to make this showing, petitioner must show in his request for a certificate of appealability "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893, n.4 (1983)).

Entered this 31st day of October, 2008.

> BY THE COURT:
>
> /s/
>
> _____
> STEPHEN L. CROCKER
> Magistrate Judge